UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY ANA RILEY,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

Civil No. 4:19-cv-12849

Matthew F. Leitman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                /s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: April 13, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2020, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764