UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY ANA RILEY,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

Case No. 4:19-cv-12849
Hon. Matthew F. Leitman

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C.A. § 2412 (ECF No. 17.)

On September 30, 2019, Plaintiff Tracy Ana Riley filed this civil action in which she challenged the denial of her application for social security disability insurance benefits, widow's insurance benefits, and supplemental security income benefits. (*See* Compl., ECF No. 1.) On April 13, 2020, this Court remanded the action to the Commissioner for further proceedings under 42 U.S.C. § 405(g). (*See* Order, ECF No. 15.) On July 10, 2020, Riley filed a motion requesting attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412. (*See* Mot., ECF No. 17.) Specifically, Plaintiff requested $5,690.00 in attorney's fees and $16.80 in costs. (*See id.*, PageID.1652.) On July 24, 2020, the Commissioner responded that he has no objections to Plaintiff's motion for fees and costs. (*See* Resp., ECF No. 18.)

1

Plaintiff's motion is **GRANTED**. Plaintiff is awarded $5,690.00 in attorney's fees and $16.80 in costs.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: January 4, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764